1 | Gina Fazio, Esq. #225178
  | Law Offices of Jeffrey Milam
2 | P.O. Box 26360
  | Fresno, California 93729
3 | (559) 264-2800

4 | Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

JOSE TERRA,  )
             )   1:05-CV-1511 FVS LJO
             )
      Plaintiff,  )   STIPULATION AND ORDER
             )
vs.          )
             )
JO ANNE B. BARNHART,  )
Commissioner of Social  )
Security,    )
             )
      Defendant.  )
_____ )

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 30 day extension of time, until June 30, 2006, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, November 28, 2005, shall proceed under the time limit guidelines set therein.

//
//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated:  May 31, 2006 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, |
| | | Attorney for Plaintiff. |
| 3 | Dated: June 1, 2006 | |
| 4 | | MCGREGOR SCOTT |
| | | United States Attorney |
| 5 | | |
| | | By: /s/ Kristi C. Kapetan |
| 6 | | (as authorized via facsimile) |
| | | KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   June 2, 2006**          **/s/ Lawrence J. O'Neill**
b9ed48                             UNITED STATES MAGISTRATE JUDGE