1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7                IN THE UNITED STATES DISTRICT COURT FOR

8                   THE EASTERN DISTRICT OF CALIFORNIA

9                              AT FRESNO

10 JOSE TERRA                )
                             )   1:05-CV-1511 FVS LJO
11                           )
        Plaintiff,           )   STIPULATION AND ORDER
12                           )
   vs.                       )
13                           )
   JO ANNE B. BARNHART,      )
14 Commissioner of Social    )
   Security,                 )
15                           )
        Defendant.           )
16 _____)

17

18     IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted an additional 60 day extension of time, until August 29, 2006, in

20 which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling

21 order filed, November 28, 2005, shall proceed under the time limit guidelines set therein.

22 / /

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

| | | |
|---|---|---|
|1| Dated: June 29, 2006 | /s/ Gina Fazio |
|2| | GINA FAZIO, <br> Attorney for Plaintiff. |
|3| Dated: June 30, 2006 | |
|4| | MCGREGOR SCOTT <br> United States Attorney |
|5| | |
|6| | By: /s/ Kristi C. Kapetan <br> (as authorized via facsimile) <br> KRISTI C. KAPETAN |
|7| | Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   July 3, 2006**                    **/s/ Lawrence J. O'Neill**
b9ed48                                      UNITED STATES MAGISTRATE JUDGE