1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF CALIFORNIA
## AT FRESNO

| | |
|---|---|
| JOSE TERRA, | 1:05-CV-1511 FVS LJO |
| Plaintiff, | STIPULATION AND ORDER TO DISMISS |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on November 17, 2005 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: August 28, 2006          /s/ Gina Fazio

                                GINA FAZIO, ESQ.
                                Attorney for Plaintiff

Dated: August 30, 2006

                                MCGREGOR SCOTT
                                United States Attorney

                                By: /s/ Kristi C. Kapetan
                                (as authorized via facsimile)
                                KRISTI C. KAPETAN
                                Assistant U.S. Attorney

1      IT IS SO ORDERED.

2  Dated: September 1, 2006

3

4                                    s/Fred Van Sickle
                                     UNITED STATES DISTRICT COURT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28